IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JENNA R. HARLOW,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV NO. 05-4219-JPG-CJP |
| | ) |
| **HAROLD E. HARRIS and DARYL THOMASON TRUCKING, INC.,** | ) ) |
| | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL

**GILBERT, Judge:**

Having been advised by counsel for the parties that the above action has been settled (Doc. 32), the Court **DIRECTS** the Clerk of Court to enter judgment of dismissal with prejudice and without costs.

**IT IS SO ORDERED.**

Dated: March 29, 2007

                                              s/ J. Phil Gilbert
                                              U. S. District Judge