**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JENNA R. HARLOW,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )   **CV NO. 05-4219-JPG-CJP** |
| | ) |
| **HAROLD E. HARRIS and DARYL** | ) |
| **THOMASON TRUCKING, INC.,** | ) |
| | ) |
|     **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

    **Dated:   March 29, 2007**

    **NORBERT JAWORSKI, CLERK**

    **s/Brenda K. Lowe**
    **Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
             **U. S. DISTRICT JUDGE**